No. 91–44. RADLOFF ET UX. *v.* FIRST AMERICAN NATIONAL BANK OF ST. CLOUD, N. A., ET AL. Ct. App. Minn. Certiorari denied.

No. 91–45. GIRARD ET AL. *v.* AGRICULTURAL STABILIZATION AND CONSERVATION SERVICE, UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–46. INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL–CIO *v.* NATIONAL MEDIATION BOARD ET AL. C. A. D. C. Cir. Certiorari denied.

No. 91–47. FORSMAN ET UX. *v.* DISTRICT OF COLUMBIA. Ct. App. D. C. Certiorari denied.

No. 91–50. WRIGHT ET AL. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 91–51. HALL *v.* NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–52. MIDDLETON *v.* PERALES, COMMISSIONER, NEW YORK STATE DEPARTMENT OF SOCIAL SERVICES, ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 91–53. ROBINSON *v.* ENGLAND. C. A. 11th Cir. Certiorari denied.

No. 91–54. BEACHBOARD *v.* TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 91–55. FITZSIMMONS ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–56. MARYLAND CHAPTER OF THE AMERICAN MASSAGE THERAPY ASSN., INC. *v.* MARYLAND ET AL. C. A. 4th Cir. Certiorari denied.

No. 91–57. WOFFORD *v.* DEPARTMENT OF PUBLIC SOCIAL SERVICES, COUNTY OF LOS ANGELES, CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.